UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

| | |
|---|---|
| CAMBLY INC.,<br>Plaintiff,<br>v.<br>CANLIANG SHOU, et al.,<br>Defendants. | Case No. 26-cv-14543-WHO<br><br>**ORDER SETTING EARLY CASE MANAGEMENT CONFERENCE** |

Plaintiff Cambly Inc. has moved for a Temporary Restraining Order (TRO) regarding conduct that has allegedly been going on for twenty months but which plaintiff discovered in the last month. Having reviewed the papers submitted by Cambly, and given the time that has elapsed since the alleged trade secret appropriation, I conclude that these issues are more appropriately resolved at the preliminary injunction stage. I do, however, agree with Cambly that an evidence preservation order is appropriate given the particular circumstances of this matter. Accordingly, I order as follows:

1. The motion for a temporary restraining order shall be converted to a motion for a preliminary injunction;
2. Cambly shall serve defendants forthwith;
3. The parties shall meet and confer and propose a briefing schedule for the preliminary injunction motion at a Case Management Conference on **December 1, 2026 at 2 p.m.** via Zoom videoconference. If the parties are unable to agree on the schedule, they shall file a Joint Case Management Conference Statement by **November 30, 2026 at 12 p.m.** Pacific Daylight Time describing the basis for any disagreements; and
4. The parties shall retain and preserve all emails, files, records, or other documents relating to this action and the alleged misappropriated information (including, but not limited to, all

United States District Court
Northern District of California

plaintiff's trade secrets and confidential and proprietary information), and is prohibited from destroying or modifying such evidence;

**IT IS SO ORDERED.**

Dated: November 23, 2026

William H. Orrick
United States District Judge